1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,    )    Criminal No: CR 01-0223 SI
                                 )
12                               )
              Plaintiff,         )    [PROPOSED] ORDER
13        v.                     )
                                 )
14  ANTHONY TAYLOR,              )
                                 )
15                               )
              Defendant.         )
16  _____)

17        GOOD CAUSE APPEARING, and based on the Court's April 17, 2009, judgment

18  sentencing the defendant to a term of imprisonment of five (5) months, it is hereby ordered that a

19  bench warrant shall immediately be issued for the arrest of the defendant, Anthony Taylor.  This

20  Order is based on a finding by this Court that the facts set forth in the government's Request for a

21  Bench Warrant and in the Declaration of Kyle F. Waldinger demonstrate probable cause that the

22  defendant has not complied with the previous Order of this Court to self-surrender.  In light of

23  this failure to self-surrender, this Court finds that a bench warrant is necessary to secure the

24  defendant's custody as previously ordered.

25

26  IT IS SO ORDERED.

27  DATED:  5/14/09           _____

28                            SUSAN ILLSTON
                              United States District Judge

    [PROPOSED] ORDER
    CR 01-0223 SI